## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| DREW BRANTLEY, | - | |
| | - | |
| Plaintiff, | - | |
| | - | NOTICE OF |
| v. | - | SETTLEMENT |
| | - | |
| FULTON, FRIEDMAN & GULLACE | - | CASE NO: 4:11-cv-00173-BAE -GRS |
| | - | |
| Defendant. | - | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, DREW BRANTLEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

<signature enclosed below>

1

NOTICE OF SETTLEMENT

                                                Respectfully Submitted,

DATED: November 28, 2011        KROHN & MOSS, LTD.

                                      By: /s/ Shireen Hormodzi
                                           Shireen Hormodzi, Esq.
                                           Attorney for Plaintiff
                                           Krohn & Moss, Ltd.
                                           10474 Santa Monica Blvd., Suite 401
                                           Los Angeles, CA 90025

## CERTIFICATE OF SERVICE

     I hereby certify that on November 28, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                        /s/ Shireen Hormozdi
                                                        Shireen Hormozdi
                                                        Attorney for Plaintiff