UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DREW BRANTLEY,

   Plaintiff,

v.                          CV 411-173

FULTON, FRIEDMAN, & GULLACE,

   Defendant.

## ORDER

The Court has been advised that the above action has been settled. Accordingly, this case is **ADMINISTRATIVELY CLOSED.** See Heape v. Flanagan, 2008 WL 2439736 (S.D.Ga. 6/9/08) at * 3 n. 7 (S.D.Ga. 6/9/08) (unpublished); 607CV012, doc. # 21 at 4 n. 7.

At this point the parties have two options: (1) do nothing, in which case the Court will, in thirty days from the date this Order is served, dismiss this case with prejudice; or (2) within that same time period present a Kokkonen-based,[1] F.R.Civ.P. 41(a)(2) dismissal judgment incorporating their settlement so that the Court may retain jurisdiction to enforce it.

This 29 day of November, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).